**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Zachary Lee Rainey, Debtor** **Case No.26-51628-KMS**
**CHAPTER 7**

**DECLARATION IN SUPPORT OF MOTION TO EXTEND THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(c)(3)**

The debtor, in support of the Motion to Extend the Automatic Stay, states as follows:

1. I have personal knowledge of the facts listed in the foregoing situation.
2. I am over the age of 18, of sound mind, am capable of making this Declaration, and am fully competent to testify to the natters stated herein.
3. I filed this bankruptcy petition on September 30, 2026.
4. I previously filed bankruptcy case number 24-10327 under Chapter 13 on 4/26/2024 and that case was dismissed on 7/8/2026.
5. I have had no other pending bankruptcy cases in the preceding one-year period.
6. I have not had any prior cases dismissed in the past year for any of the following reasons:
   - Failure to file or amend the petition or other required documents without substantial excuse;
   - failure to provide adequate protection as ordered by the Court; or
   - failure to perform the terms of a plan confirmed by the Court.
7. I have had a substantial change in my financial or personal affairs since the dismissal of the last case, and I believe that this case will result in a discharge.
8. Those changes are as follows:

______________________________
______________________________
______________________________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/01/2026 /s/ Zachary Lee Rainey
Zachary Lee Rainey