**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT-6 DIVISIONAL OFFICE DIVISION**

| | | |
|---|---|---|
| In Re: | | |
| | * | |
| ZACHARY LEE RAINEY | * | CASE NO.: 26-51628-KMS |
| | * | |
| Debtor. | * | CHAPTER 7 |
| | * | |

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

Ally Bank (hereinafter "Movant") respectfully shows and represents unto this Court as follows:

1. Debtor Zachary Lee Rainey entered into a Retail Installment Sale Contract (hereinafter "Contract") with All Star Chevrolet (hereinafter "Dealership") granting a security interest in the following personal property:

   **2024 CHEVROLET EQUINOX UT**

   **VIN 3GNAXMEG8RL165041**

   Contemporaneously with its execution, the Contract was assigned to Movant, a copy of said Contract is annexed hereto and made part hereof by reference. A copy of the Contract is attached in Exhibit "A".

2. The security interest of the Movant in the above-described personal property was perfected by the issuance of the Certificate of Title, a copy of which is annexed hereto and made part hereof by reference. A copy of title is attached as Exhibit "B".

3. Derek A. Henderson was appointed Acting Trustee of the estate of said Debtor, has qualified and is now acting as such Trustee.

4. Debtor intends to surrender the collateral as per the Statement of Intention.

5. The Movant requests that the collateral be abandoned from the property of the estate.

6. The Movant expressly determines that there is no reason for delay and expressly directs that this Order be entered as a Final Order against the Debtor and is therefore immediately effective and shall not be subject to *Rule 4001(a)(4)* of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, Movant moves the Court to grant relief from the automatic stay as aforesaid; and Ally Bank requests such other relief to which it may be entitled in the premises.

King & Spencer, PLLC
Attorney for Ally Bank

*/s/ Olivia Spencer*
OLIVIA SPENCER, MS BAR #104439
For the Firm
King & Spencer, PLLC
1855 Crane Ridge Drive, Suite D
Jackson, MS 39216
Telephone: 601-948-1547
spencer@kingandspencer.net

## CERTIFICATE OF SERVICE

I, Olivia Spencer, do hereby certify that I have this day caused to be served, *via* CM/ECF and/or United States Postal Service, a true and correct copy of the above and foregoing document to:

Thomas Carl Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
**ATTORNEY FOR DEBTOR**

Derek A. Henderson T1
1765-A Lelia Drive
Suite 103
Jackson, MS 39216
trustee@derekhendersonlaw.com
**TRUSTEE**

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201
USTPRegion05.JA.ECF@usdoj.gov
**U.S. TRUSTEE**

Zachary Lee Rainey
132 Buckatunna Chicora Clara Rd
Waynesboro, MS 39367
**DEBTOR**

SO CERTIFIED this the 9th day of October 2026.

*/s/ Olivia Spencer*
Olivia Spencer

# LAW 553-LA-eps-14 4/21

**RETAIL INSTALLMENT SALE CONTRACT**
**SIMPLE FINANCE CHARGE**

DEAL# [redacted]
CUST# [redacted]

[redacted]

| Buyer Name and Address (Including Parish and Zip Code) | Co-Buyer Name and Address (Including Parish and Zip Code) | Seller-Creditor (Name and Address) |
|---|---|---|
| ASHLEY RAINEY<br>12837 MULBERRY DR<br>DENHAM SPRINGS, LA 70726<br>COUNTY: LIVINGSTON | ZACHARY RAINEY<br>12837 MULBERRY DRIVE<br>DENHAM SPRINGS, LA 70726<br>COUNTY: LIVINGSTON | ALL STAR CHEVROLET<br>11377 AIRLINE HIGH<br>BATON ROUGE LA 70816 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements in this contract. You agree to pay the Seller - Creditor (sometimes "we" or "us" in this contract) the Amount Financed plus Prepaid Finance Charges, if any (your Principal Balance), and Finance Charge in U.S. funds according to the payment schedule below. We will figure your finance charge on a daily basis at a Base Rate of 18.00 % per year. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Body Style | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| NEW | 2024 | CHEVROLET EQUINO | UT | 3GNAXMEG8RL165041 | Personal, family, or household unless otherwise indicated below<br>☐ business<br>☐ agricultural ☐ N/A |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $ 0.00 is |
|---|---|---|---|---|
| 18.00 % | $ 25791.54 | $ 37701.96 | $ 63493.50 | $ 63493.50 |

**Your Payment Schedule Will Be:** (e) means an estimate

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 75 | $ 846.58 | MONTHLY beginning 11/07/2023 |
| N/A | $ N/A | N/A |
| N/A | | |

**Late Charge.** If payment is not received in full within 10 days after it is due, you will pay a late charge of $ 10 or 5 % of the part of the payment that is late, whichever is greater.
**Prepayment.** If you pay early, you may have to pay a penalty.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date and security interest.

**NO COOLING OFF PERIOD**

**State law does not provide for a "cooling off" or cancellation period for this sale. After you sign this contract, you may only cancel it if the seller agrees or for legal cause. You cannot cancel this contract simply because you change your mind. This notice does not apply to home solicitation sales.**

☐ If this box is checked, the following late charge applies to vehicles purchased primarily for business or agricultural use.
If a payment is not received in full within N/A days after it is due, you will pay a late charge of $ N/A or N/A % of the part of the payment that is late, whichever is less.
If this box is not checked, the late charge in the "Federal Truth-In-Lending Disclosures" still applies.

**Returned Payment Charge:** If any check you give us or electronic payment you make is returned unpaid, you will pay us a charge of 5 % of the amount of the check or electronic payment or $ 15 , whichever is less.

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

The preceding NOTICE applies only to goods or services obtained primarily for personal, family, or household use. In all other cases, Buyer will not assert against any subsequent holder or assignee of this contract any claims or defenses the Buyer (debtor) may have against the Seller, or against the manufacturer of the vehicle or equipment obtained under this contract.

**BUYER'S WAIVER OF WARRANTIES - "AS IS" SALE**

**Unless we give you a written warranty or enter into a service contract with you within 90 days from the date of this contract, we make no warranties, express or implied, on the vehicle and you waive all such warranties, including any express or implied warranty of fitness for a specific or ordinary purpose, warranty of merchantability, warranty of fitness for the particular purpose of your intended use, and any warranty that the vehicle is free from hidden, latent or redhibitory defects. You also waive any right that you may have to demand that the sale be canceled (rescinded) or seek a reduction of the Cash Price for the vehicle for breach of any implied warranties. If the vehicle is new, you accept the manufacturer's separate written new product warranty as your exclusive warranty with respect to the sale, and you acknowledge that you received a copy of it.**

**The above waiver of warranties has been read by me and explained to me in a manner that I understand and I knowingly consent to the waivers.**

Buyer: X Ashley Rainey Co-Buyer: X [signature]

[redacted]

Exhibit A

09/25/2023 09:25 am

Buyer Initials AR Co-Buyer Initials ZR



Non-Authoritative Copy [20230929]

DEAL[redacted]

**ITEMIZATION OF AMOUNT FINANCED**

1 Cash Price (including $ 0.45 sales tax) $ 30237.26 (1)

2 Total Downpayment =
Trade-in 2023 (Year) JEEP (Make) WRANGLER (Model)

| | |
|---|---|
| Gross Trade-In Allowance | $ 43000.00 |
| Less Pay Off Made By Seller to BR TELCO | $ 49400.00 |
| Equals Net Trade In | $ -6400.00 |
| + Cash | $ 2227.53 |
| + Other N/A | $ N/A |
| + Other N/A | $ N/A |
| + Other N/A | $ N/A |

(If total downpayment is negative, enter "0" and see 4J below) $ 0.00 (2)

3 Unpaid Balance of Cash Price (1 minus 2) $ 30237.26 (3)

4 Other Charges Including Amounts Paid to Others on Your Behalf
(Seller may keep part of these amounts):

A Cost of Optional Credit Insurance Paid to Insurance Company or Companies.
Life $ N/A
Disability $ N/A — $ N/A

B Other Optional Insurance Paid to Insurance Company or Companies $ 1875.00

C Official Fees Paid to Government Agencies $ 10.00

D Optional Gap Contract $ 570.00

E Government Taxes Not Included in Cash Price $ N/A

F Government License and/or Registration Fees
INSP/HANDL/TTAG/CONV/LIC/PLATE $ 118.48

G Government Certificate of Title Fees $ 68.50

H Electronic Lien and Title Services Fee Paid to $ N/A

I Government Waste Tire Fee $ 11.25

J Other Charges (Seller must identify who is paid and describe purpose)

| to | for | Amount |
|---|---|---|
| BR TELCO | Prior Credit or Lease Balance | $ 4172.47 |
| N/A | N/A | $ N/A |
| N/A | N/A | $ N/A |
| ALL STAR CHEVROLET | DOCUMENT FEE | $ 425.00 |
| N/A | N/A | $ N/A |
| ALL STAR CHEVROLET | NOTARY FEE | $ 15.00 |
| N/A | N/A | $ N/A |
| N/A | N/A | $ N/A |
| SAFEGUARD | Theft Protection | $ 199.00 |
| N/A | N/A | $ N/A |
| N/A | N/A | $ N/A |
| N/A | N/A | $ N/A |
| N/A | N/A | $ N/A |

Total Other Charges and Amounts Paid to Others on Your Behalf $ 7464.70 (4)

5 Prepaid Finance Charge $ N/A (5)

6 Amount Financed (3 + 4 - 5) $ 37701.96 (6)

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 6, is paid in full on or before N/A, Year N/A. SELLER'S INITIALS N/A

**OPTIONAL GAP CONTRACT.** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in item 4D of the Itemization of Amount Financed. See your gap contract for details on the terms and conditions it provides. It is a part of this contract.

Term 75 Mos. SAFE-GAP (Name of Gap Contract)
I want to buy a gap contract.
Buyer Signs X

**Any insurance referred to in this contract does not include coverage for personal liability and property damage caused to others. This insurance will not provide the coverage required by Louisiana law (see Chapter 5 of Title 32 of the Louisiana Revised Statutes of 1950, La.R.S. §32:851 et seq.). Louisiana law requires all motorists to be covered by an automobile liability policy with legally prescribed liability limits. Failure to obtain insurance that meets those limits will subject you to penalties, which may include the suspension or revocation of driving privileges.**

DEAL# [redacted]

**Insurance.** You may buy the physical damage insurance this contract requires from anyone you choose who is authorized to sell such insurance in Louisiana. You may also provide the physical damage insurance through an existing policy owned or controlled by you that is acceptable to us. You are not required to buy any other insurance to obtain credit.

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

**Check the insurance you want and sign below:**

## Optional Credit Insurance

☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both
Term N/A months Premium: $ N/A

☐ Credit Disability: ☐ Buyer ☐ Co-Buyer ☐ Both
Term N/A months Premium: $ N/A

Insurance Company Name N/A

Home Office Address N/A

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life insurance and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. Credit life insurance pays all or part of the amount you owe under this contract if you die. This insurance pays only the amount you would owe if you paid all your payments on time. Credit disability pays all or part of the payments due under this contract while you are disabled. This insurance does not cover any increase in your payment or in the number of payments. See the policies or certificates from the named insurance companies for the details of the coverage these types of insurance provide, and for other terms and conditions.

## Other Optional Insurance

☐ N/A (Type of Insurance) N/A (Term)
Coverage (Describe) N/A
Premium $ N/A
Insurance Company Name N/A
Home Office Address N/A

☒ MECHANICAL BREAKDOWN (Type of Insurance) 60 (Term)
Coverage (Describe) MBI
Premium $ 1875.00
Insurance Company Name GAI
Home Office Address PO BOX 83480 BATON ROUGE LA 70884

☐ N/A (Type of Insurance) N/A (Term)
Coverage (Describe) N/A
Premium $ N/A
Insurance Company Name N/A N/A
Home Office Address N/A N/A

☐ N/A (Type of Insurance) N/A (Term)
Coverage (Describe) N/A
Premium $ N/A
Insurance Company Name N/A N/A
Home Office Address N/A N/A

☐ N/A (Type of Insurance) N/A (Term)
Coverage (Describe) N/A
Premium $ N/A
Insurance Company Name N/A N/A
Home Office Address N/A N/A

Other optional insurance is not required to obtain credit. Your decision to buy or not buy other optional insurance will not be a factor in the credit approval process. It will not be provided unless you sign and agree to pay the extra cost.

I want the insurance checked above.

Buyer Signature 09/23/2023 Date

X Co-Buyer Signature 09/23/2023 Date

Exhibit A



Non-Authoritative Copy [20230929]

## OTHER IMPORTANT AGREEMENTS

**1. FINANCE CHARGE AND PAYMENTS**

a. **How we will figure Finance Charge.** We will treat any Prepaid Finance Charge as fully earned on the date of this contract. Prepaid Finance Charges will not be refunded if you prepay in full or we ask you to pay all you owe at once under this contract unless the law requires a refund. We will figure the rest of the finance charge on a daily basis at the Base Rate on the unpaid part of your Principal Balance. Your Principal Balance is the sum of the Amount Financed and the Prepaid Finance Charge, if any.

b. **How we will apply payments.** We may apply each payment to the earned and unpaid part of the Finance Charge, to the unpaid part of your Principal Balance and to other amounts you owe under this contract in any order we choose as the law allows.

c. **How late payments or early payments change what you must pay.** We based the Finance Charge, Total of Payments, and Total Sale Price shown on page 1 of this contract on the assumption that you will make every payment on the day it is due. Your Finance Charge, Total of Payments, and Total Sale Price will be more if you pay late and less if you pay early. Changes may take the form of a larger or smaller final payment or, at our option, more or fewer payments of the same amount as your scheduled payment with a smaller final payment. We will send you a notice telling you about these changes before the final scheduled payment is due.

d. **You may prepay.** You may prepay all or part of the unpaid part of your Principal Balance at any time. If you do so, you must pay the earned and unpaid part of the Finance Charge and all other amounts due up to the date of your payment. You agree that we have the option to impose a prepayment charge of $25 at the time you prepay this contract in full, or if we demand that you pay all you owe under this contract at once.

**2. YOUR OTHER PROMISES TO US**

a. **If the vehicle is damaged, destroyed, or missing.** You agree to pay us all you owe under this contract even if the vehicle is damaged, destroyed, or missing.

b. **Using the vehicle.** You agree not to remove the vehicle from the U.S. or Canada, or to sell, rent, lease, or transfer any interest in the vehicle or this contract without our written permission. You agree not to expose the vehicle to misuse, seizure, confiscation, or involuntary transfer. If we pay any repair bills, storage bills, taxes, fines, or charges on the vehicle, you agree to repay the amount when we ask for it.

c. **Security Interest.**
You give us a security interest in:
- The vehicle and all parts or goods put on it;
- All money or goods received (proceeds) for the vehicle;
- All insurance, maintenance, service, or other contracts we finance for you; and
- All proceeds from insurance, maintenance, service, or other contracts we finance for you. This includes any refunds of premiums or charges from the contracts.

This secures payment of all you owe on this contract. It also secures your other agreements in this contract. You will make sure the title shows our security interest (lien) in the vehicle. You will not allow any other security interest to be placed on the title without our written permission.

d. **Insurance you must have on the vehicle.**
You agree to have physical damage insurance covering loss of or damage to the vehicle for the term of this contract. The insurance must cover our interest in the vehicle. You agree to name us on your insurance policy as an additional insured and as loss payee. If you do not have this insurance, we may, if we choose, buy physical damage insurance. If we decide to buy physical damage insurance, we may either buy insurance that covers your interest and our interest in the vehicle, or buy insurance that covers only our interest. If we buy either type of insurance, we will tell you which type and charge you must pay. You agree that the charge will be the premiums for the insurance and a finance charge computed at the Base Rate shown on page 1 of this contract.
If the vehicle is lost or damaged, you agree that we may use any insurance settlement to reduce what you owe or repair the vehicle.

e. **What happens to returned insurance, maintenance, service, or other contract charges.** If we obtain a refund of insurance, maintenance, service, or other contract charges, you agree that we may subtract the refund from what you owe.

**3. IF YOU PAY LATE OR BREAK YOUR OTHER PROMISES**

a. **You may owe late charges.** You will pay a late charge on each late payment as shown on page 1 of this contract. Acceptance of a late payment or late charge does not excuse your late payment or mean that you may keep making late payments. If you pay late, we may also take the steps described below.

b. **You may have to pay all you owe at once.** If you break your promises (default), we may demand that you pay all you owe on this contract at once. Default means:
- You do not pay any payment on time;
- You give false, incomplete, or misleading information during credit application;
- You start a proceeding in bankruptcy or one is started against you or your property; or
- You break any agreements in this contract.

The amount you will owe will be the unpaid part of the Principal Balance plus the earned and unpaid part of the Finance Charge, any late charges, and any amounts due because you defaulted.

c. **You may have to pay attorney's fees and collection costs.** If we hire an attorney to collect what you owe or to enforce this contract, you will pay the attorney's fees. If you purchased the vehicle for personal, family or household purposes, the attorney's fees you owe will not exceed 25% of the total amount payable under this contract. You will also reimburse us for our out-of-pocket collection costs and expenses in collecting what you owe and enforcing our security interest under this contract.

d. **We may take the vehicle from you.** If you default, we may take (repossess) the vehicle from you after we give you any notice and wait the time the law requires. If the vehicle is located outside of Louisiana, we may, at our option, take (repossess) the vehicle from you under the law of the state in which the vehicle is located. We may only take the vehicle if we do so peacefully and the law allows it. If your vehicle has an electronic tracking device (such as GPS), you agree that we may use the device to find the vehicle. If we take the vehicle, any accessories, equipment, and replacement parts will stay with the vehicle. If any personal items are in the vehicle, we may store them for you. If you do not ask for these items back, we may dispose of them as the law allows.

e. **How you can get the vehicle back if we take it.** If we repossess the vehicle, you may pay to get it back (redeem). We will tell you how much to pay to redeem. Your right to redeem ends when we sell the vehicle.

f. **We will sell the vehicle if you do not get it back.** If you do not redeem, we will sell the vehicle. We will send you a written notice of sale before selling the vehicle.
We will apply the money from the sale, less allowed expenses, to the amount you owe. Allowed expenses are expenses we pay as a direct result of taking the vehicle, holding it, preparing it for sale, and selling it. Attorney fees and court costs the law permits are also allowed expenses. If any money is left (surplus), we will pay it to you unless the law requires us to pay it to someone else. If money from the sale is not enough to pay the amount you owe, you must pay the rest to us. If you do not pay the amount when we ask, we may charge you interest on that amount until you pay at the Base Rate shown on page 1 of this contract.

g. **Legal proceedings.** If you default, we may choose to institute executory, ordinary, or other legal proceedings to have the vehicle taken from you and sold to satisfy your obligations to us.
To enable us to pursue legal process you:
1. Acknowledge the amount you owe under this contract, **CONFESS JUDGMENT** for the full amount you owe under this contract, and consent to a judgment being rendered and signed in our favor for that amount. The amount you owe under this contract includes the Principal Balance and Finance Charges, attorney's fees, late fees, and collection costs, in addition to any other amounts provided for under this contract or by law. We will not use this confession of judgment for any purpose other than Louisiana executory process.
2. Waive (give up), to the extent permitted by law, appraisal of the vehicle and related rights when the vehicle is sold under executory process or other legal process under Articles 2332, 2336, 2723, and 2724 of the LCCP and any other law that may give you similar rights and benefits.
3. Authorize us to appoint a keeper of the vehicle under La.R.S. §§ 9:5136 through 9:5140.2. et seq., if the vehicle is taken from you through legal proceedings. You authorize us to appoint ourselves or someone else we choose as keeper.

Exhibit A

Buyer Initials ______ Co-Buyer Initials ______



Non-Authoritative Copy [20230929]

h. **What we may do about optional insurance, maintenance, service, or other contracts.** This contract may contain charges for optional insurance, maintenance, service, or other contracts. If we demand that you pay all you owe at once or we repossess the vehicle, you agree that we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe or repair the vehicle. If the vehicle is a total loss because it is confiscated, damaged, or stolen, we may claim benefits under these contracts and cancel them to obtain refunds of unearned charges to reduce what you owe.

4. **Used Car Buyers Guide. The information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.**
**Spanish Translation: Guía para compradores de vehículos usados. La información que ve en el formulario de la ventanilla para este vehículo forma parte del presente contrato. La información del formulario de la ventanilla deja sin efecto toda disposición en contrario contenida en el contrato de venta.**

5. **SERVICING AND COLLECTION CONTACTS**
You agree that we may try to contact you in writing, by e-mail, or using prerecorded/artificial voice messages, text messages, and automatic telephone dialing systems, as the law allows. You also agree that we may try to contact you in these and other ways at any address or telephone number you provide us, even if the telephone number is a cell phone number or the contact results in a charge to you.

6. **APPLICABLE LAW**
Federal law and Louisiana law apply to this contract.

***The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.***

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing and we must sign it. No oral changes are binding. Buyer Signs X Ashley Rainey Co-Buyer Signs X Zachary Rainey
If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.
**See the rest of this contract for other important agreements.**
**Do not sign this contract on a Sunday.**
**NOTICE TO RETAIL BUYER: Do not sign this contract in blank. You are entitled to a copy of the contract at the time you sign. Keep it to protect your legal rights.**

**You agree to the terms of this contract. You confirm that before you signed this contract, we gave it to you, and you were free to take it and review it. You confirm that you received a completely filled-in copy when you signed it.**

Buyer Signs X Ashley Rainey Date 09/23/2023 Co-Buyer Signs X Zachary Rainey Date 09/23/2023
Buyer Printed Name ASHLEY RAINEY Co-Buyer Printed Name ZACHARY RAINEY
If the "business" use box is checked in "Primary Use for Which Purchased": Print Name N/A Title N/A

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.
Other owner signs here X N/A Address N/A
Seller signs ALL STAR CHEVROLET Date 09/23/2023 By X [signature] Title F&I MGR

Seller assigns its interest in this contract, including without limitation, its rights as secured party under this contract, to ALLY BANK (Assignee), located at PO BOX 8104 Cockeysville, MD 21030 (address of Assignee) under the terms of Seller's agreement(s) with Assignee.
☐ Assigned with recourse ☒ Assigned without recourse ☐ Assigned with limited recourse
Seller ALL STAR CHEVROLET
By X [signature] Title CS

Exhibit A


©2021 The Reynolds and Reynolds Company
THERE ARE NO WARRANTIES, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

Non-Authoritative Copy [20230929]

ally

PO Box 380902
Bloomington, MN 55438

October 04, 2023

Ashley Rainey
12837 Mulberry Dr
Denham Springs, LA 707266569

Account Number: [redacted]
Application Number: [redacted]
Vehicle: New 2024 Chevrolet Equinox
VIN: 3GNAXMEG8RL165041
Dealer: All Star Automotive

Dear Ashley Rainey

The dealer named above has submitted your retail installment sale contract to our office for processing. Thank you for being an Ally customer. We sincerely look forward to servicing your financing needs for many years to come.

Upon review of the contract, the following information was determined to be either incorrectly stated or omitted:

**The Other Charges section of your contract should disclose Other Charges to the Service Provider for Service Plan.**
**The Finance Charge was incorrectly stated on your contract, therefore the following will change:**

1. **The APR should read: 18.00 %**
2. **The Finance Charge should read: $ 25,775.04**
3. **The Total of Payments should read: $ 63,477.00**
4. **The Total Sale Price should read: $ 63,477.00**
5. **The Payment Schedule should read: 75 Payments of $ 846.36**

It will not be necessary to sign a new retail installment sale contract; however, you should review the above information. Please keep this letter with your copy of the contract for future reference.

The correction(s) will not increase the amount of the contract balance or the amount of any installment. If you have any questions about the correction(s), please contact our office a[redacted]

Sincerely,
Ally

cc: All Star Automotive

Exhibit A

PDP ELECTRONIC TITLE DOCUMENT

ELT*LA : ELT - LOUISIANA
Title #: Title Type :
Issue Date: 10/10/2023 Lic/Tag/Control #:

VIN . . . . . . . : 3GNAXMEG8RL165041

Vehicle Info. . : 2024 CHEV

Odometer Reading :
Date . :
Status :

Owner Information . : ASHLEY RAINEY &
Co-Owner . . . . . . : ZACHARY RAINEY

Owner address . . . : 12837 MULBERRY DR

DENHAM SPRINGS
LA 70726-0000

Lienholder Information: ALLY BANK

2nd Lienholder Name :

ELT Sent Date . . . . : 10/10/2023
Lien Type . . . . . . . :
Owner Driver License# :

Brand code . . . . . :

Release name . . . :
Release address 1 :
Rel City/State/Zip : ,

Exhibit B

[redacted] 14:43