**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT-6 DIVISIONAL OFFICE DIVISION**

In Re:

| | | |
|---|---|---|
| | * | |
| ZACHARY LEE RAINEY | * | CASE NO.: 26-51628-KMS |
| | * | |
| Debtor. | * | CHAPTER 7 |
| | * | |

**DEFAULT ORDER LIFTING THE AUTOMATIC STAY IMPOSED BY 11 USC § 362 AND ABANDONING PROPERTY**

**THIS DAY** this case came on for consideration of the motion (#___) of Ally Bank (Movant) to lift the automatic stay imposed by 11 U.S.C. § 362 and to direct the estate to abandon certain property. Movant represented to the Court that it served the motion in accordance with all applicable rules. No timely response was filed. Accordingly, the motion is granted.

**IT IS, THEREFORE, ORDERED and ADJUDGED** that Movant is granted relief from the automatic stay imposed by 11 U.S.C. § 362 as to the property described as: one (1) 2024 CHEVROLET EQUINOX UT vehicle bearing VIN 3GNAXMEG8RL165041, and said property is abandoned from the estate.

**###END OF ORDER###**

Order Submitted by:
Olivia Spencer, MS BAR #104439
For the Firm
King & Spencer, PLLC
1855 Crane Ridge Drive, Suite D
Jackson, MS 39216
Telephone: 601-948-1547
spencer@kingandspencer.net