MSSB-7007.1-Bk (11/23)

**United States Bankruptcy Court**
**Southern District of Mississippi**

In re: ZACHARY LEE RAINEY

Debtor(s)

Case No.: 26-51628-KMS

Chapter: 7

## Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, Ally Bank, a
[Name of Corporate Party]

**[Check One]**

- [x] Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**
- [ ] Corporate Debtor **FRBP 1007(a)(1)**
- [ ] Corporate Petitioner of an involuntary petition **FRBP 1010(b)**
- [ ] Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

- [ ] The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

**OR**

- [x] There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 10/09/2026

Attorney Signature

Olivia Spencer
Attorney Name

MS BAR #104439
State Bar Number

1855 Crane Ridge Drive, Suite D
Address

Jackson, MS 39216
City, State, and Zip Code

(601) 948-1547
Telephone Number

spencer@kingandspencer.net
Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**