# Proceeding Minutes / Proceeding Memo

**Case #:** 26-51628 **Case Name:** Zachary Lee Rainey

**Set:** 11/05/2026 09:30 am **Chapter:** 7 **Type:** bk **Judge** Katharine M. Samson

**matter** Motion for Relief from Stay as to 2024 CHEVROLET EQUINOX UT VEHICLE. ., Motion to Compel Abandonment . Filed by Creditor Ally Bank (Attachments: # 1 Proposed Order) (Dkt. #16)

---

Minute Entry Re: (related document(s): [16] Motion for Relief From Stay filed by Ally Bank) A no response order has been submitted by Spencer. Hearing removed. Tickle for date: 11/12/2026. (mcc)