United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 26-51628-KMS
Zachary Lee Rainey Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6 User: mssbad Page 1 of 1
Date Rcvd: Nov 06, 2026 Form ID: pdf012 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Zachary Lee Rainey, 132 Buckatunna Chicora Clara Rd, Waynesboro, MS 39367-7685 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Derek A Henderson T1 | trustee@derekhendersonlaw.com dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com |
| Olivia Spencer | on behalf of Creditor Ally Bank spencer@kingandspencer.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Zachary Lee Rainey trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 6, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT-6 DIVISIONAL OFFICE DIVISION**

| | | |
|---|---|---|
| In Re: | | |
| | * | |
| ZACHARY LEE RAINEY | * | CASE NO.: 26-51628-KMS |
| | * | |
| Debtor. | * | CHAPTER 7 |
| | * | |

**DEFAULT ORDER LIFTING THE AUTOMATIC STAY IMPOSED BY 11 USC § 362 AND ABANDONING PROPERTY**

**THIS DAY** this case came on for consideration of the motion (#16) of Ally Bank (Movant) to lift the automatic stay imposed by 11 U.S.C. § 362 and to direct the estate to abandon certain property. Movant represented to the Court that it served the motion in accordance with all applicable rules. No timely response was filed. Accordingly, the motion is granted.

**IT IS, THEREFORE, ORDERED and ADJUDGED** that Movant is granted relief from the automatic stay imposed by 11 U.S.C. § 362 as to the property described as: one (1) 2024 CHEVROLET EQUINOX UT vehicle bearing VIN 3GNAXMEG8RL165041, and said property is abandoned from the estate.

**###END OF ORDER###**

Order Submitted by:
Olivia Spencer, MS BAR #104439
For the Firm
King & Spencer, PLLC
1855 Crane Ridge Drive, Suite D
Jackson, MS 39216
Telephone: 601-948-1547
spencer@kingandspencer.net